Insurance Company of Pennsylvania *against* KETLAND.

1809.
*Wednesday,*
January 4th.

THE household furniture of the defendant was taken under a *fi. fa.*, and the sheriff at this term returned his writ " levied as per inventory." Before the levy, the sheriff had been indemnified by the plaintiff; and after the return, a *venditioni exponas* issued, returnable at next *March* term. On a former day a motion was made on behalf of the sheriff to amend direct an issue to try the property, upon an allegation that the goods belong to a third person.

*Where the sheriff levies upon goods in the defendant's possession, the court will not stay proceedings and*

1809.

Ins. Co. of
Penn.
*v.*
Ketland.

his return, by adding " that the goods mentioned in the inven-
" tory, were, at the time of the levy made, claimed by *James*
" *Lyle* and others as their property, by virtue of an assignment
" by the defendant, dated the 4th of *January* 1806;" and
upon an affidavit that it was his intention at the time to make
this addition a part of his return, but that it was omitted
by accident, the court after argument permitted the amend-
ment.

*Tod*, for the defendant, now moved the court to stay proceed-
ings on the execution, and to direct an issue to try in whom
was the property of the goods. He said that the sheriff himself
had the power to impanel a jury for this purpose if he doubted
of the property, 2 *Bac. Abr.* 715.; and that the court should
exercise the same power under the circumstances of this case,
though the sheriff should choose to decline it.

The Court asked whether a precedent for such a motion
was any where to be found; and told the counsel that if they
thought there was, they should have time to search for it,
though it was the last day of the court's sitting; but the coun-
sel answered that they were not aware of any precedent, and
therefore would not ask for time.  Whereupon

Per Curiam.                                    Motion denied.

*Ingersoll* with *Tod.*
*Dallas* contra.